Case 1:20-cv-01249-ELH   Document 2   Filed 05/29/20   Page 2 of 2
Case 1:20-cv-01249-ELH   Document 3   Filed 06/02/20   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-01429

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Novartis Pharmaceuticals Corporation
was received by me on *(date)* 5/26/2020

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Johnnie Myers, Litigation Management Representative, who is designated by law to accept service of process on behalf of *(name of organization)* Novartis Pharmaceuticals Corporation
at Registered Agent, Corporation Service Company, Princeton South Corporate Center, 100 Charles Ewing Blvd, Suite 160. Ewing, NJ 08628  on *(date)* 5/28/2020 @ 3:55 M ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/29/2020

*Server's signature*
Ted Cordasco / Process Server

*Printed name and title*
Certified Process Service LLC
555 Grand Ave # 77251
West Trenton, NJ 08628

*Server's address*

Additional information regarding attempted service. etc:
Documents served:
Summons In A Civil Action, Complaint, Jury Trial Demand, Civil Cover Sheet

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Robert Witt <br><br> *Plaintiff(s)* <br> v. <br> Novartis Pharmaceuticals Corporation <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-01429 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Novartis Pharmaceuticals Corporation
1 Health Plaza
East Hanover, NJ 07936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig M. Silverman
Sullivan Papain Block McGrath Coffinas & Cannavo P.C.
120 Broadway, 27th Fl
New York, NY 10271

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/20/2020

*Signature of Clerk*