IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT WITT,<br>   *Plaintiff*,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>   *Defendants*. | Civil Action No. ELH-20-1249 |

**ORDER**

On May 19, 2020, plaintiff Robert Witt filed suit against defendant Novartis Pharmaceuticals Corporation ("Novartis"). ECF 1 (the "Complaint"). On June 18, 2020, Novartis moved to dismiss the action for failure to state a claim under Fed. R. Civ. P. 12(b)(6). ECF 6 (the "Motion").

Then, on July 6, 2020, Witt filed an Amended Complaint against Novartis. ECF 15. Novartis subsequently answered the Amended Complaint. ECF 18.

The Amended Complaint supersedes the original Complaint. Because the Motion (ECF 6) was directed to the Complaint, I shall deny the Motion as moot.

It is so ORDERED this 16th day July, 2020.

                                                         /s/
                                         Ellen Lipton Hollander
                                         United States District Judge