# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| ROBERT WITT,<br><br>      Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | No. 1:20-CV-01249 |

**JOINT REQUEST TO MODIFY THE PROPOSED SCHEDULING ORDER**

Plaintiff Robert Witt and Defendant Novartis Pharmaceuticals Corporation ("NPC"), respectfully request that the Court modify the proposed scheduling order (ECF No. 20) and enter a new scheduling order setting the following deadlines:

| **EVENT** | **PROPOSED DATE** |
|---|---|
| Letter to Court re: requests for modification of initial Scheduling Order; joint request for early settlement / ADR conference; report about whether parties agree to defer any expert discovery until after summary judgement motions are resolved; report about deposition hours; initial report whether there is unanimous consent to proceed before a United States Magistrate Judge; conference about discovery of electronically stored information | **September 2, 2020** |
| Moving for joinder of additional parties and amendment of pleadings | **October 5, 2020** |
| Plaintiff's Rule 26(a)(2) disclosures | **May 24, 2021** |
| Defendant's Rule 26(a)(2) disclosures | **June 24, 2021** |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | **July 1, 2021** |
| Rule 26(e)(2) supplementation of disclosures and responses | **September 8, 2021** |

| EVENT | PROPOSED DATE |
|---|:---:|
| Discovery deadline; submission of status report | **October 4, 2021** |
| Requests for Admission | **October 8, 2021** |
| Dispositive pretrial motions deadline | **December 4, 2021** |

Dated:  September 2, 2020

/s/Craig M. Silverman
Craig M. Silverman (MD Bar No. 16898)
120 Broadway – 27th Floor
New York, New York 10271
Phone: (212) 732-9000
Fax: (212) 266-414
Email: Csilverman@triallaw1.com

/s/Todd Friedman
Todd R. Friedman
Richard Elias
Elias LLC
231 S. Bemiston Avenue, Suite 800
St. Louis, MO 63105
Ph: (314) 391-6820
tfriedman@eliasllc.com
relias@eliasllc.com

*Attorneys for Plaintiff Robert Witt*

Respectfully submitted,

/s/Robert E. Johnston
Robert E. Johnston, Esq.
Maryland Bar No. 12686
rjohnston@hollingsworthllp.com
Donald R. McMinn, Esq. (Admitted *Pro Hac Vice*)
dmcminn@hollingsworthllp.com
Andrew L. Reissaus, Esq. (Admitted *Pro Hac Vice*)
Hollingsworth LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2020, the foregoing document was served upon counsel of record via the Court's CM/ECF system:

/s/ Robert E. Johnston
Robert E. Johnston, Bar No. 447475

3